**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Idearc Media LLC, | No. CV-09-02147-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Palmisano & Associates PC, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses (Doc. 63) and James E. Brown, P.C.'s Motion to Withdraw as Counsel of Record without Consent (Doc. 70). The Court now rules on the motions.

**I.    Motion for Award of Attorneys' Fees**

Following the Court's grant of summary judgment in favor of Plaintiff and against Defendants, (Doc. 61), Plaintiff moved for an award of attorneys' fees, (Doc. 63), to which Plaintiff did not respond. In its September 5, 2013 Order, the Court stated:

> The Court could deem Defendants' failure to respond to the motion for attorneys' fees to be consent to the Court granting the Motion. *See* LRCiv 7.2(i) (stating that, if the required answering memoranda are not served and filed, such noncompliance may be deemed consent to the granting of the motion and the Court may dispose of the motion summarily). However, the Court will grant Defendants an additional ten days from the date of this Order to respond to Plaintiff's Motion for Attorneys' Fees (Doc. 63). Plaintiff shall have seven days from the date the response is filed to file a reply in support of their Motion for Attorneys' Fees. However, if Defendants fail to file a response within ten days of the date of this Order, the Court will deem the non-response consent

>to granting the Motion for Attorneys' Fees and will award such attorneys' fees without further notice to the Parties. Moreover, Defense counsel is warned that, in future cases, he must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court and should not rely on the Court granting sua sponte extensions of time.

(Doc. 68 at 4-5). Accordingly, the Court ordered Defendants to file a response to Plaintiff's Motion for Attorneys' Fees and again warned Defendants that the Court would deem failure to respond as consent to granting the motion:

>**IT IS FURTHER ORDERED** that Defendants shall file a response to Plaintiff's Motion for Attorneys' Fees (Doc. 63) within ten days of the date of this Order. Plaintiff shall have seven days from the date the response is filed to file a reply in support of their Motion for Attorneys' Fees (Doc. 63). If Defendants fail to file a response within ten days of the date of this Order, the Court will deem the non-response consent to granting the Motion for Attorneys' Fees and will award such attorneys' fees without further notice to the Parties.

(*Id.* at 5).

Defendants have not filed a response. Therefore, for the reasons stated in the Court's September 5, 2013 Order, the Court deems Defendants' failure to respond to be consent to granting the motion. The Court grants Plaintiff's Motion for Attorneys' Fees.

## II.   Motion to Withdraw as Attorney

On September 18, 2013, counsel for Defendants moved, unopposed, to withdraw as counsel of record. (Doc. 70). Because nothing remains pending in this case, the motion to withdraw is denied without prejudice to refile it if counsel deems it to be necessary. If counsel chooses to refile, counsel must address the fact that neither a corporation nor an LLC may appear in federal court without counsel. *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004); *Pope Equity Trust v. Stradley*, 818 F.2d 696, 697 (9th Cir. 1987).

## III.   Conclusion

For the foregoing reasons,

**IT IS ORDERED** granting Plaintiff's Motion for Attorneys' Fees (Doc. 63) in full; Plaintiff is awarded attorneys' fees in the amount of $78,562.00.

1       **IT IS FURTHER ORDERED** denying without prejudice James E. Brown, P.C.'s
2 Motion to Withdraw as Counsel of Record Without Consent (Doc. 70).
3       Dated this 21st day of March, 2014.

_____
James A. Teilborg
Senior United States District Judge